## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### NOTICE

**United States of America**                    CASE NUMBER: 1:01-CR-0131-06

                    vs.

**Laurie Leering**


TYPE OF CASE: Criminal


TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:


Place:  U.S. District Court              **\*Date and Time: June 15, 2006 @ 11:00 AM**
        Courtroom #3
        228 Walnut Street
        8th Floor, Federal Building
        Harrisburg, PA. 17101


Type of Proceeding: Arraignment-Guilty Plea and Sentencing


Date: May 11, 2006                       /s/ Mark J. Armbruster
                                         By: Mark J. Armbruster, Deputy Clerk


CC:    Judge Sylvia H. Rambo
       Gregory Abeln, Esq.
       Christy Fawcett, AUSA
       U.S. Marshal (FYI Copy)
       Federal Probation
       Wendy Yinger, Rptr.


\*Counsel is requested to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time.