IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:01-CR-0131-06 |
| v. | : | **FILED**<br>HARRISBURG, PA |
| LAURIE LEERING | : | JUN 1 5 2006 |
| PLEA | | MARY E. D'ANDREA, CLERK<br>Per _____<br>Deputy Clerk |

AND NOW, this 15th day of June, 2006, the defendant, LAURIE LEERING, hereby pleads Guilty to Count-1 of the Indictment.

_____
(Signature of Defendant)

_____
(Signature of Counsel)